# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **CHARLES CARMEN,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**ZESTY PAWS LLC,**<br><br>　　　　　　　Defendant. | **No. 1:22-cv-05529**<br><br>**Honorable Gary Feinerman** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Charles Carmen and Defendant Zesty Paws LLC, by and through their respective undersigned counsel, hereby stipulate that all claims by Plaintiff against Defendant in this action are dismissed with prejudice, each side to bear their own attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

NOW THEREFORE, it is hereby STIPULATED and AGREED that Plaintiff's claims are dismissed with prejudice against Defendant Zesty Paws LLC.


Dated: December 5, 2022　　　　　　　　AGREED BY ALL PARTIES

| | |
|---|---|
| s/ Brett M. Doran | *s/* Spencer Sheehan |
| Francis A. Citera | Spencer Sheehan |
| Brett M. Doran | Sheehan & Associates, P.C. |
| Greenberg Traurig, LLP | 60 Cuttermill Rd Ste 412 |
| 77 West Wacker Drive, Suite 3100 | Great Neck NY 11021 |
| Chicago, Illinois 60601 | (516) 268-7080 (phone) |
| (312) 456-8400 (phone) | spencer@spencersheehan.com |
| citeraf@gtlaw.com | |
| doranb@gtlaw.com | *Attorney for Plaintiff Charles Carmen* |
| | |
| *Attorneys for Defendant*<br>*Zesty Paws LLC* | |